IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. and GALDERMA, S.A., | § § § | |
| Plaintiffs/Counter-Defendants, | § § | 4:08-CV-00115-Y |
| v. | § § | ECF |
| ACTAVIS MID ATLANTIC, LLC, | § § § | |
| Defendant/Counter-Plaintiff. | § | |

## NOTICE OF CHANGE OF DESIGNATION OF
## ACTAVIS MID ATLANTIC, LLC'S LEAD COUNSEL

PLEASE TAKE NOTICE that Defendant Actavis Mid Atlantic, LLC ("Defendant") designates Edgar H. Haug and Steven M. Amundson of the law firm Frommer Lawrence & Haug L.L.P. as lead counsel in place of Jay K. Rutherford and Amanda L. Bush of the law firm Jackson Walker L.L.P., who are currently designated as lead counsel in this case. Defendant further designates Mr. Rutherford and Mrs. Bush as local counsel pursuant to Local Rule 83.10.

Accordingly, Defendant respectfully requests that all pleadings filed, correspondence, and notices given in this case be served as follows:

**Lead Counsel:**
Edgar H. Haug
Steven M. Amundson
FROMMER LAWRENCE & HAUG L.L.P.
745 Fifth Avenue
New York, New York  10151
(212) 588-0800 (Telephone)
(212) 588-0500 (Facsimile)

**Local Counsel:**
Jay K. Rutherford
State Bar No. 17451200
Amanda L. Bush
State Bar No. 24042161
JACKSON WALKER L.L.P.
301 Commerce Street, Suite 2400
Fort Worth, Texas 76102
(817) 334-7200 (Telephone)
(817) 334-7290 (Facsimile)

Respectfully submitted,

By: *s/ Amanda L. Bush*
    Jay K. Rutherford
    State Bar No. 17451200
    jrutherford@jw.com
    Amanda L. Bush
    State Bar No. 24042161
    abush@jw.com
    JACKSON WALKER L.L.P.
    301 Commerce Street, Suite 2400
    Fort Worth, Texas 76102
    (817) 334-7200 (Telephone)
    (817) 334-7290 (Facsimile)

    Edgar H. Haug
    Steven M. Amundson
    FROMMER LAWRENCE & HAUG, L.L.P.
    745 Fifth Avenue
    New York, New York  10151
    (212) 588-0800 (Telephone)
    (212) 588-0500 (Facsimile)

**ATTORNEYS FOR ACTAVIS MID ATLANTIC, L.L.C.**

## CERTIFICATE OF SERVICE

This is to certify that on November 17, 2008, a true and correct copy of the foregoing ***Notice of Change of Designation of Defendant/Counter-Plaintiff Actavis Mid Atlantic, LLC's Lead Counsel*** was served on the following counsel of record *via Notice of Electronic Filing:*

| | |
|---|---|
| Michael C. Wilson | David H. Bernstein |
| Munck Carter, P.C. | Carl Riehl |
| 600 Banner Place | Debevoise & Plimpton, L.L.P. |
| 12770 Coit Road | 919 Third Avenue |
| Dallas, Texas 75251 | New York, New York  10022 |

*s/ Amanda L. Bush*