IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. and GALDERMA S.A., Plaintiffs | § § § § | |
| v. | § § | CAUSE NO. 4:08-CV-115-Y |
| ACTAVIS MID-ATLANTIC, L.L.C., Defendant | § § § | |

## ORDER GRANTING MOTION FOR WITHDRAWAL

Pending before the Court is Plaintiffs' Motion for Withdrawal of Peyton J. Healey as Counsel [doc. # 33], filed November 13, 2008. The Court GRANTS the Motion. Thus, the clerk shall withdraw Peyton J. Healey as an attorney of record for Plaintiffs.

SIGNED November 18, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE