**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **GALDERMA LABORATORIES, L.P.** <br> **and GALDERMA S.A.,** <br> Plaintiff, <br><br> v. <br><br> **ACTAVIS MID-ATLANTIC L.L.C.,** <br> Defendant | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CAUSE NO. 4:08-CV-115-Y** <br> **ECF** |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Galderma Laboratories, L.P., and Galderma S.A. and Defendant Actavis Mid Atlantic, L.L.C., through their respective counsel, file this Stipulation for Dismissal Without Prejudice, as follows:

1. This action and claims and counterclaims brought herein are dismissed without prejudice.

2. Each party shall bear its own costs and fees.

3. Notwithstanding the dismissal, the Court retains jurisdiction over this matter for the purposes of enforcing the parties' settlement agreement should any disputes arise under that agreement.

       Respectfully submitted,

       *s/ Jamil N. Alibhai*
       Michael C. Wilson
       Texas State Bar No. 21704590
       Jamil N. Alibhai
       Texas State Bar No. 00793248
       Daniel E. Venglarik
       Texas State Bar No. 00791851
       **MUNCK CARTER, P.C.**
       600 Banner Place Tower
       12770 Coit Road
       Dallas, Texas  75251
       Telephone:   (972) 628-3600
       Facsimile:   (972) 628-3616

       **ATTORNEYS FOR PLAINTIFFS/**
       **COUNTER-DEFENDANTS**
       **GALDERMA LABORATORIES, L.P.**
       **AND GALDERMA S.A.**

**OF COUNSEL:**

David H. Bernstein, Esq.
Carl Riehl, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Ave.
New York, NY  10022
Telephone:   (212) 909-6000
Facsimile:   (212) 909-6836

*s/ Steven M. Amundson*
Edgar H. Haug, Esq.
Steven M. Amundson, Esq.
Kevin Murphy
FROMMER LAWRENCE & HAUG LLP
745 Fifth Ave.
New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*And*

Jay K. Rutherford, Esq.
Texas State Bar No. 17451200
Amanda L. Bush, Esq.
Texas State Bar No. 24042161
JACKSON WALKER, L.L.P.
301 Commerce St., Suite 2400
Ft. Worth, Texas 76102
Telephone: (817) 334-7200
Facsimile: (817) 334-7290

**ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF ACTAVIS MID ATLANTIC L.L.C.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument was served upon counsel of record via ECF-electronic mail on December, 24 2008.

*s/ Jamil N. Alibhai*